■ KELLEY POTTER, Respondent, v JEANNE C. BERLIN, as City Clerk of City of Oswego, et al., Appellants. (Appeal No. 1.) [801 NYS2d 197]—Appeal from a judgment (denominated order and judgment) of the Supreme Court, Oswego County (Norman W. Seiter, Jr., J.), entered August 18, 2004 in a declaratory judgment action. The judgment, inter alia, declared Local Law No. 4 (2003) of the City of Oswego invalid.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Loafin' Tree Rest. v Pardi* [appeal No. 1], 162 AD2d 985 [1990]). Present—Green, J.P., Scudder, Kehoe, Smith and Lawton, JJ.